**Order entered July 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00425-CR

### LARRY DELL CARR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MB-1662128-A**

## ORDER

Before the Court is court reporter Vicki Tuck's July 9, 2018 first request for additional time to file the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record filed on or before August 7, 2018. *See* TEX. R. APP. P. 35.3(c) (each extension must not exceed 30 days).

/s/     CRAIG STODDART
JUSTICE